**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jack H. Scott |
| Debtor 2 (Spouse, if filing) | Ethel L Scott |
| United States Bankruptcy Court for the: | Northern   District of Illinois (State) |
| Case number | 14-14158 |

## Form 4100R

# Response to Notice of Final Cure Payment                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:** JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   0   9   9   5

**Property address:** 525 Farmview Road
Number      Street

University Park      Illinois   60466
City                   State     ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

*The pre-petition default totaled $2,977.94. Trustee payments in the amount of $1,422.06 were applied in error as post-petition payments. $1,422.06 will be refunded to the Trustee. Post-petition payments in the amount of $1,422.06 are waived.

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:   (a) $ 2,511.35

b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c.   **Total**. Add lines a and b.   (c) $ 2,511.35

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   07/01/2018
MM / DD / YYYY

Debtor 1   __Jack H. Scott_____          Case number *(if known)* __14-14158_____
           First Name   Middle Name   Last Name

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/ Amanda J. Wiese_____          Date __08/10/2018_____
     Signature

Print   __Amanda J. Wiese_____          Title __Attorney_____
        First Name   Middle Name   Last Name

Company   __Heavner, Beyers & Mihlar, LLC_____

If different from the notice address listed on the proof of claim to which this response applies:

Address   __P.O. Box 740_____
          Number        Street

          __Decatur_____   __IL__   __62525__
          City                   State    ZIP Code

Contact phone   (_217_) _422_ – _1719____          Email __bkdept@hsbattys.com___

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 14-14158 |
|---|---|
| Jack H. Scott  and Ethel L Scott, | Chapter 13 |
| | Honorable Pamela S. Hollis |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on August 10, 2018, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on August 10, 2018, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 10th day of August, 2018.

**Service by Mail:**

Jack H. Scott
525 Farmview Road
University Park, Illinois 60466

Ethel L Scott
525 Farmview Road
University Park, Illinois 60466

**Service by Electronic Notice through ECF:**

Patrick Semrad
The Semrad Law Fird, LLC
20 S. Clark St., 28th Floor
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

/s/ Amanda J. Wiese
Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754